Case 3:09-cv-01901-EMC   Document 4   Filed 05/29/2009   Page 1 of 1

1  SCOTT S. SHEPARDSON, State Bar No. 197446
   sshepardson@nixonpeabody.com
2  ELLEN M. PAPADAKIS, State Bar No. 186621
   epapadakis@nixonpeabody.com
3  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
4  San Francisco, California 94111-3600
   Telephone: (415) 984-8200
5  Fax:  (415) 984-8300

6  Attorneys for Defendants
   KING OF THE ROLL II, WAYNE CHANG,
7  VANNA HUANG, and JOHN WEN

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

11 CRAIG YATES,                          No. CV09-1901 EMC
12              Plaintiff,
13                                       **STIPULATION EXTENDING TIME TO**
       vs.                               **ANSWER COMPLAINT** ; ORDER
14
   KING OF THE ROLL II et al.,
15
                Defendant.
16
   Plaintiff CRAIG YATES and defendants KING OF THE ROLL II, WAYNE CHANG,
17
   VANNA HUANG, and JOHN WEN (collectively, "Defendants"), by and through their respective
18
   counsel, hereby stipulate and agree that Defendants shall have an extension of time, to and including
19
   June 11, 2009, to answer the complaint in the above-referenced action.
20
   DATED: May 28, 2009                   THIMESCH LAW OFFICES
21
                                         By:      /S/
22                                          Timothy S. Thimesch
                                            Attorneys for Plaintiff CRAIG YATES
23
   DATED: May 28, 2009                   NIXON PEABODY LLP
24
   **IT IS SO ORDERED**                  By:      /S/
25                                          Ellen M. Papadakis
                                            Attorneys for Defendants
26                                          KING OF THE ROLL II, WAYNE
   _____                CHANG, VANNA HUANG, JOHN WEN
   EDWARD M. CHEN, MAGISTRATE JUDGE
27 6/2/09
28 Date

STIP. & ORDER EXTENDING TIME TO ANSWER                                           12575573.1