**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ. 148213
GENE A. FARBER, ESQ. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401
tim@thimeschlaw.com
genefarber@gmail.com

Attorneys for Plaintiff CRAIG YATES

SCOTT S. SHEPARDSON, State Bar No. 197446
sshepardson@nixonpeabody.com
ELLEN M. PAPADAKIS, State Bar No. 186621
epapadakis@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300
Attorneys for Defendants KING OF THE ROLL II;
VANNA HUANG; and JOHN WEN

JAMES R. HASTINGS, ESQ. (SBN 079066)
jrhastingsoffice@pacbell.net
J. R. HASTINGS LAW CORPORATION
851 Irwin Street, Suite 206
San Rafael, CA 94901-3343
T: (415) 459-6635
F: (415) 459-6756

Attorney for Defendants
JOHN C. REYNOLDS and DOLORES A. REYNOLDS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, | CASE NO. CV-09-1901 EMC |
|  | Civil Rights |
| Plaintiff, | |
| v. | **STIPULATION AND [Proposed] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| KING OF THE ROLL II; WAYNE CHANG; VANNA HUANG; JOHN WEN; JOHN C.. REYNOLDS; DOLORES A. REYNOLDS; DOE TRUSTS 1-5; and DOES 6 through 50, inclusive, | **Case Management Conference:**<br>Date:   April 7, 2010<br>Time:   1:30 PM<br>Place:  Courtroom C, 15th Fl.<br>Judge:  Hon. Edward M. Chen |
| Defendants. | |

The parties request a 60 day continuance of the Case Management Conference scheduled for April 7, 2010 to permit completion of negotiations and/or mediation. The parties are pleased to report that they have been cooperating and have made the following progress toward resolution of the matter. To date, the parties have completed a joint site inspection, attended by all parties, consultants and counsel, as required by General Order 56. Plaintiff has provided defendants with his demand as to remediations along with the report of his principal access consultant Karl Danz,

which contained his proposed remediation drawings. The parties have reached agreement in writing as to the detailed list of remedial work to be performed at the site, much of which has already been completed. The parties are now in the process of negotiating the remaining monetary claims and anticipate reaching either resolution or impasse within the next 60 days.

In order to maintain the momentum toward settlement and to assist the parties in their negotiations, the parties request referral of this matter to court-sponsored mediation.

SO STIPULATED.

Dated: March 30, 2010

THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH

/s/ Authorized Signed
Attorneys for Plaintiff
CRAIG YATES

Dated: March 30, 2010

NIXON PEABODY LLP

/s/ Authorized Signed
ELLEN M. PAPADAKIS
Attorneys for Defendants
KING OF THE ROLL II; VANNA HUANG; and JOHN WEN

Dated: March 30, 2010

JAMES R. HASTINGS, ESQ.
J. R. HASTINGS LAW CORPORATION

/s/ Authorized Signed
Attorneys for Defendants
JOHN C. REYNOLDS and DOLORES A. REYNOLDS

**ORDER**

SO ORDERED. The case management conference is reset from 4/7/10 to 6/16/10 at 1:30 p.m. A joint CMC statement shall be filed by 6/9/10.

Dated: 3/30/10

HON. EDWARD M. CHEN
MAGISTRATE JUDGE FOR U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Edward M. Chen

— 2 —