UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, | Case No. C09-1901 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| KING OF THE ROLL II, et al., | |
| Defendants. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the **CASE MANAGEMENT CONFERENCE** set for September 9, 2010 at 2:30 p.m. is **reset** for **Thursday September 9, 2010 at 3:00 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: September 8, 2010

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Lee
Courtroom Deputy