TIMOTHY S. THIMESCH, State Bar No. 148213
tim@thimeschlaw.com
GENE FARBER, State Bar No. 44215
genefarber@gmail.com
THIMESCH LAW OFFICES
158 Hilltop Crescent, Walnut Creek, California 94576
T: (925) 588-0401/F: (888) 210-8868

Attorneys for Plaintiff CRAIG YATES

SCOTT S. SHEPARDSON, State Bar No. 197446
sshepardson@nixonpeabody.com
ELLEN M. PAPADAKIS, State Bar No. 186621
epapadakis@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
T: (415) 984-8200/F: (415) 984-8300

Attorneys for Defendants KING OF THE ROLL II; VANNA HUANG; and JOHN WEN (a/k/a WAYNE CHANG)

JAMES R. HASTINGS, State Bar No. 079066
jrhastingsoffice@pacbell.net
J. R. HASTINGS LAW CORPORATION
851 Irwin Street, Suite 206, San Rafael, CA 94901-3343
T: (415) 459-6635/F: (415) 459-6756

Attorney for Defendants JOHN C. REYNOLDS and DOLORES A. REYNOLDS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>                Plaintiff,<br><br>    v.<br><br>KING OF THE ROLL II et seq.,<br><br>                Defendants. | No. CV-09-1901 EMC<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND [Proposed] ORDER TO VACATE CASE MANAGEMENT CONFERENCE**<br><br>Further CMC Date: September 9, 2010<br>Time:                2:30 p.m. |

The parties are pleased to report that thanks in part to the efforts of Mediator Hadden Roth, Esq., this matter has settled in all respects, including Plaintiff's claims for injunctive relief, statutory and bodily injury damages, and reasonable statutory attorney's fees, litigation expenses and costs. The parties are currently preparing a written settlement agreement. Shortly thereafter, the parties will be filing a request for dismissal with prejudice, but which will include a request that the Court retain jurisdiction to interpret and enforce the terms of settlement. In the meantime,

////

**Stipulation and Order Continuing Case Management Conference:**
**Case No. CV-09-1901 EMC**

1  the parties request that the Court continue the Case Management Conference to October 27, 2010.

3  Dated: September 9, 2010                    THIMESCH LAW OFFICES
                                               TIMOTHY S. THIMESCH

                                               /s/ Authorized Signed
                                               Attorneys for Plaintiff
                                               CRAIG YATES

### ORDER

SO ORDERED. The further case management conference is set for 10/27/10 at 2:30 p.m.
An updated joint cmc statement shall be filed by 10/20/10.

Dated: 9/14/10

HON. EDWARD M. CHEN
MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**Stipulation and Order Continuing Case Management Conference:**
**Case No. CV-09-1901 EMC**

— 2 —