**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KING OF THE ROLL II, et al.,<br><br>　　　　Defendants.<br>_____ / | CASE NO. CV 09 1901 EMC<br>Civil Rights<br><br>**REQUEST FOR DISMISSAL WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE THE SETTLEMENT AGREEMENT; [~~Proposed~~] ORDER OF DISMISSAL** |

　　　　Thanks to the efforts of the ADR Department and Mediator Hadden Roth, Esq., the parties are pleased to report they have reached a complete settlement in all respects, including plaintiff's claims for injunctive relief, statutory damages, and reasonable statutory attorney fees, litigation expenses and costs.  The parties have memorialized the settlement through written agreement, and request the dismissal of the action with prejudice, with the Court maintaining

////

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Notice of Pending Settlement; Request for Dismissal With Retained Jurisdiction;
Order: Case No. CV 09 1901 EMC**

1  continuing jurisdiction to interpret and enforce the settlement agreement.

2

3  Dated: October 11, 2010				THIMESCH LAW OFFICES
						TIMOTHY S. THIMESCH, ESQ.
4						GENE FARBER, ESQ. – Of Counsel

5						/S/ Signature Authorized
						Attorneys for Plaintiff
6						CRAIG YATES

7  **APPROVED AS TO FORM:**

8  Dated: October 11, 2010				NIXON PEABODY LLP

9						/s/ Authorized Signed
						ELLEN M. PAPADAKIS
10						Attorneys for Defendants
						JOHN WEN (a/k/a WAYNE CHANG) and VANNA
11						HUANG, d/b/a/ KING OF THE ROLL II

12

13  Dated: October 11, 2010				J. R. HASTINGS LAW CORPORATION

14						/s/ Authorized Signed
						James R. Hastings
15						Attorneys for Defendants
						JOHN C. REYNOLDS and DOLORES A.
16						REYNOLDS

17

18						**ORDER**

19  SO ORDERED.

20

21

22  Dated: 10/25/10

23						EDWARD M. CHEN
						MAGISTRATE JUDGE
						U.S. DISTRICT COURT

IT IS SO ORDERED
Judge Edward M. Chen

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

Notice of Pending Settlement; Request for Dismissal With Retained Jurisdiction; Order:
Case No. CV 09 1901 EMC

— 2 —