**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, | CASE NO. CV 09 1901 EMC |
| | Civil Rights |
| Plaintiff, | |
| v. | **PLAINTIFF'S REQUEST FOR DISMISSAL OF RETAINED JURISDICTION WITH PREJUDICE; [Proposed] ORDER** |
| KING OF THE ROLL II, et al., | |
| Defendants. | |

**TO THE COURT:**

By Order entered on October 25, 2010, the Court dismissed this action with prejudice, but with retained jurisdiction to interpret and enforce the terms of the written settlement agreement, including injunctive relief. The parties now request that the Court discharge its maintenance of jurisdiction. Plaintiff inspected the remediations and confirms that Defendants have fully complied with terms.

Therefore, Plaintiff requests that the Court discharge its retained jurisdiction with

////

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request to Dissmiss Retained Jurisdiction; Order:**
**Case No. CV-09-1901-EMC**

1  prejudice.

3  Dated: October 10, 2011          THIMESCH LAW OFFICES
                                    TIMOTHY S. THIMESCH, ESQ.
4                                   GENE FARBER, ESQ. – Of Counsel

5                                   /S/ Signature Authorized
                                    Attorneys for Plaintiff
6                                   CRAIG YATES

7  Dated: October 10, 2011          NIXON PEABODY LLP

8                                   /s/ Authorized Signed
                                    ELLEN M. PAPADAKIS
9                                   Attorneys for Defendants
10                                  JOHN WEN (a/k/a WAYNE CHANG) and VANNA
                                    HUANG, d/b/a/ KING OF THE ROLL II

12 Dated: October 10, 2011          J. R. HASTINGS LAW CORPORATION

13                                  /s/ Authorized Signed
                                    James R. Hastings
14                                  Attorneys for Defendants
15                                  JOHN C. REYNOLDS and DOLORES A.
                                    REYNOLDS

17                                  **<u>ORDER</u>**

18     SO ORDERED._____

19     _____.

21  Dated: __10/20/2011__
                                    ED_____
22                                  JUDGE _____
                                    Judge Edward M. Chen

---

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

**Request to Dissmiss Retained Jurisdiction; Order: Case No. CV-09-1901-EMC**

— 2 —