Thimesch Law Offices
TIMOTHY S. THIMESCH, ESQ., No. 148213
GENE A. FARBER, ESQ., No. 44215 – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925-588-0401
Fax: 888-210-8868

Attorneys for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,

Plaintiff,

v.

KING OF THE ROLL II, et al.,

Defendants.

/

CASE NO. CV 09 1901 EMC
Civil Rights

**PLAINTIFF'S REQUEST FOR DISMISSAL OF RETAINED JURISDICTION WITH PREJUDICE; ~~[Proposed]~~ ORDER**

**TO THE COURT:**

By Order entered on October 25, 2010, the Court dismissed this action with prejudice, but with retained jurisdiction to interpret and enforce the terms of the written settlement agreement, including injunctive relief. The parties now request that the Court discharge its maintenance of jurisdiction. Plaintiff inspected the remediations and confirms that Defendants have fully complied with terms.

Therefore, Plaintiff requests that the Court discharge its retained jurisdiction with

////

prejudice.

Dated: October 10, 2011

THIMESCH LAW OFFICES
TIMOTHY S. THIMESCH, ESQ.
GENE FARBER, ESQ. – Of Counsel

/S/ Signature Authorized
Attorneys for Plaintiff
CRAIG YATES

Dated: October 10, 2011

NIXON PEABODY LLP

/s/ Authorized Signed
ELLEN M. PAPADAKIS
Attorneys for Defendants
JOHN WEN (a/k/a WAYNE CHANG) and VANNA HUANG, d/b/a/ KING OF THE ROLL II

Dated: October 10, 2011

J. R. HASTINGS LAW CORPORATION

/s/ Authorized Signed
James R. Hastings
Attorneys for Defendants
JOHN C. REYNOLDS and DOLORES A. REYNOLDS

**ORDER**

SO ORDERED.________________________________________________.

Dated: 10/20/2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Judge Edward M. Chen

ED[illegible]
JUDG[illegible]

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401